# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

MICHAEL LYNN BUTLER,                          1:08-cv-1188 TAG (HC)

                    Petitioner,
                                              ORDER AUTHORIZING
        vs.                                   IN FORMA PAUPERIS STATUS

WARDEN JAMES D. HARTLEY,

                    Respondent.
_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

proceed *in forma pauperis*.  The petition will be screened in due course.


IT IS SO ORDERED.

Dated:   **September 5, 2008**                          _____
_____                                                   **/s/ Theresa A. Goldner**
                                                        UNITED STATES MAGISTRATE JUDGE